# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-3322
_____

R.W., Father of R.W., N.T., and
F.W., Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Denise R. Ferrero, Judge.

October 10, 2025

PER CURIAM.

    AFFIRMED.

ROWE, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

R.W., pro se, Appellant.

Andrew Feigenbaum, Children's Legal Services, West Palm Beach, for Appellee.

Sara Elizabeth Goldfarb, and Mercy Almaguer, Statewide Guardian ad Litem Office, Tallahassee; Beth Kathryn Roland of ShuffieldLowman, Orlando, for Guardian ad Litem.